Ira Bodenstein
Fox Rothschild, LLP
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: TISMA, PETAR | § | Case No. 16-21973 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 08, 2016. The undersigned trustee was appointed on July 08, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        51,550.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 17.35 |
| Bank service fees | 1,460.69 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]         $ | 50,071.96 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/08/2016 and the deadline for filing governmental claims was 01/04/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,827.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,827.50, for a total compensation of $5,827.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $73.10, for total expenses of $73.10.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/02/2019            By: /s/Ira Bodenstein
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-21973  
**Case Name:** TISMA, PETAR  

**Period Ending:** 02/02/19

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/08/16 (f)  
**§341(a) Meeting Date:** 07/29/16  
**Claims Bar Date:** 12/08/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 2248 Overlook Path, Hernando, FL 34442-0000, Cit<br><br>Compromise order entered 2/16/2017 (Dkt 63).<br>Orig. Description: 2248 Overlook Path, Hernando, FL 34442-0000, Citrus County<br>Single-family home, Pursuant to Florida law, property is presumed to be tenancy by the entirety where real property is owned by a husband and wife (see Roberts - Dude v. J.P. Morgan Chase Bank, N.A., 498 B.R. 348 (S.D.Fla. 2013).<br>Entire property value: $437,400.00; Imported from original petition Doc# 1; Exemption: 2248 Overlook Path Hernando, FL 34442 Citrus County Pursuant to Florida law, property is presumed to be tenancy by the entirety where real property is owned by a husband and wife (see Roberts - Dude v. J.P. Morgan Chase Bank, N.A., 498 B.R. 348 (S.D.Fla.  -  Amount: 437400.00; Lien: 2248 Overlook Path Hernando, FL 34442 Citrus County Pursuant to Florida law, property is presumed to be tenancy by the entirety where real property is owned by a husband and wife (see Roberts - Dude v. J.P. Morgan Chase Bank, N.A., 498 B. Value $437,400.00  -  Amount: 107945.91 | 218,700.00 | 0.00 | | 30,750.00 | FA |
| 2 | Hyatt Vacation Club 1 N State Rte 89A, Sedona, A<br>    Compromise oreder entered 12/1/2016 (Dkt 54).<br>Orig. Description: Hyatt Vacation Club 1 N State Rte 89A, Sedona, AZ 86336-0000<br>Timeshare, Third week in March.<br>Entire property value: $27,000.00; Imported from original petition Doc# 1 | 27,000.00 | 10,000.00 | | 10,000.00 | FA |
| 3 | Cash<br>    Orig. Description: Cash; Imported from original petition Doc# 1; Exemption: Cash  -  Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Deposits of money: First American Bank<br>    Orig. Description: Deposits of money: First American Bank; Imported from original petition Doc# 1; Exemption: First American Bank  -  Amount: 2364.72 | 1,182.36 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-21973  
**Case Name:** TISMA, PETAR  

**Period Ending:** 02/02/19

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/08/16 (f)  
**§341(a) Meeting Date:** 07/29/16  
**Claims Bar Date:** 12/08/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 5 | Gle ****: 8675<br>Orig. Description: Gle ****: 8675; Imported from original petition Doc# 1; Exemption: checking: Glenview State Bank, 2610 Golf Rd., Glenview ****8675 - Amount: 2580.23 | 2,580.23 | 0.00 | | 0.00 | FA |
| 6 | Refrigerator, dishwasher, oven, furniture<br>Orig. Description: Refrigerator, dishwasher, oven, furniture; Imported from original petition Doc# 1; Exemption: Refrigerator, dishwasher, oven, furniture - Amount: 1435.28 | 1,950.00 | 0.00 | | 0.00 | FA |
| 7 | tv, cell phone lap top<br>Orig. Description: tv, cell phone lap top; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Every day clothes<br>Orig. Description: Every day clothes; Imported from original petition Doc# 1; Exemption: Every day clothes - Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Gold wedding band<br>Orig. Description: Gold wedding band; Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Exercise machine - Total Gym<br>Orig. Description: Exercise machine - Total Gym; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 11 | 1) Pacific Life 2) Jackson National Life: Jasma<br>Orig. Description: 1) Pacific Life 2) Jackson National Life: Jasma Tisma (wife); Imported from original petition Doc# 1 | 75,000.00 | 0.00 | | 0.00 | FA |
| 12 | 401 (k): Principal Financial<br>Orig. Description: 401 (k): Principal Financial; Imported from original petition Doc# 1; Exemption: 401 (k): Principal Financial - Amount: 6340.75 | 6,340.75 | 0.00 | | 0.00 | FA |
| 13 | The Petar Tisma Revocable Trust Dated May 24, 19<br>Orig. Description: The Petar Tisma Revocable Trust Dated May 24, 1995; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-21973  
**Case Name:** TISMA, PETAR  

**Period Ending:** 02/02/19

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/08/16 (f)  
**§341(a) Meeting Date:** 07/29/16  
**Claims Bar Date:** 12/08/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 14 | 2012 Chevrolet Express Van, 46,850 miles. Entire Compromise order entered 11/1/2016 (Dkt 54). Orig. Description: 2012 Chevrolet Express Van, 46,850 miles. Entire property value: $13,905.00; Imported from original petition Doc# 1; Exemption: 2012 Chevrolet Express Van 46,850 miles - Amount: 2400.00 | 13,905.00 | 8,400.00 | | 10,800.00 | FA |
| 14 Assets Totals (Excluding unknown values) | **$348,158.34** | **$18,400.00** | | **$51,550.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Review claims and file claim objections.

03/31/2018 - claim objections completed. TFR in process.  
03/31/2017-all assets liquidated and funds received.  
Currently reviewing filed claims for claim objections.

**Initial Projected Date Of Final Report (TFR):** December 31, 2017  **Current Projected Date Of Final Report (TFR):** March 31, 2019

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-21973  
**Case Name:** TISMA, PETAR  

**Taxpayer ID #:** **-***0109  
**Period Ending:** 02/02/19  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** $45,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/16 | {2} | Arleen L. Tisma-Marks | Sale of equity in time share Order Dkt # 54~First installment | 1110-000 | 2,500.00 | | 2,500.00 |
| 12/23/16 | {14} | The Tisma Irrev Trust | Sale of equity in Chevy Van Order Dkt # 45 | 1129-000 | 10,800.00 | | 13,300.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 13,290.00 |
| 01/30/17 | {2} | Arleen L. Tisma-Marks | Sale of equity in time share Order Dkt # 54~Second installment | 1110-000 | 2,500.00 | | 15,790.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.38 | 15,769.62 |
| 02/17/17 | {2} | Arleen L. Tisma-Marks | Sale of equity in time share Order Dkt # 54~Third installment | 1110-000 | 2,500.00 | | 18,269.62 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.00 | 18,247.62 |
| 03/08/17 | {2} | Arleen L. Tisma-Marks | Sale of equity in time share Order Dkt # 54~final installment | 1110-000 | 2,500.00 | | 20,747.62 |
| 03/08/17 | {1} | Arleen Tisma | Sale of equity in Florida Property Order Dkt # 63 | 1110-000 | 30,750.00 | | 51,497.62 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.19 | 51,435.43 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.04 | 51,366.39 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.26 | 51,285.13 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.76 | 51,211.37 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.20 | 51,140.17 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.91 | 51,059.26 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.99 | 50,988.27 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.22 | 50,910.05 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.22 | 50,836.83 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.68 | 50,766.15 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.31 | 50,685.84 |
| 02/10/18 | 101 | International Sureties,Ltd | 2018 Bond Premium | 2300-000 | | 17.35 | 50,668.49 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.03 | 50,600.46 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.78 | 50,527.68 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.25 | 50,457.43 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.83 | 50,377.60 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.04 | 50,307.56 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.18 | 50,230.38 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.65 | 50,155.73 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.47 | 50,117.26 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.30 | 50,071.96 |

Subtotals :    $51,550.00    $1,478.04

{} Asset reference(s)   Printed: 02/02/2019 11:49 AM    V.14.50

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 16-21973 | | **Trustee:** | Ira Bodenstein (330129) |
| --- | --- | --- | --- | --- |
| **Case Name:** | TISMA, PETAR | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******0566 - Checking Account |
| **Taxpayer ID #:** | **-***0109 | | **Blanket Bond:** | $45,000,000.00  (per case limit) |
| **Period Ending:** | 02/02/19 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 51,550.00 | 1,478.04 | $50,071.96 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 51,550.00 | 1,478.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $51,550.00 | $1,478.04 | |

| Net Receipts : | 51,550.00 |
| --- | --- |
| Net Estate : | $51,550.00 |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******0566** | 51,550.00 | 1,478.04 | 50,071.96 |
| | $51,550.00 | $1,478.04 | $50,071.96 |

{} Asset reference(s)

Printed: 02/02/2019 11:49 AM    V.14.50

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 8, 2016

**Case Number:** 16-21973  
**Debtor Name:** TISMA, PETAR

Page: 1

**Date:** February 2, 2019  
**Time:** 11:49:02 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $73.10 | $0.00 | 73.10 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $5,827.50 | $0.00 | 5,827.50 |
| 200 | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $6,303.00 | $0.00 | 6,303.00 |
| 200 | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $60.66 | $0.00 | 60.66 |
| 11P 570 | IL Dept of Revenue Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794 | Priority | | $53,071.53 | $0.00 | 53,071.53 |
| 5 100 | Chicago Chain & Transmission Co Inc<br>PO Box 705<br>Country Side, IL 60525 | Secured | Claim disallowed by Order entered 7/24/17 (Dkt # 74). | $0.00 | $0.00 | 0.00 |
| 1 610 | Automation Solutions of America, Inc<br>Brian Scott<br>500 W South St<br>Freeport, IL 61032 | Unsecured | Claim disallowed by Order entered 7/24/17 (DKT # 74) | $0.00 | $0.00 | 0.00 |
| 2 610 | Alenco Tool Supply Co.<br>4444 N Elston Ave.<br>Chicago, IL 60630 | Unsecured | Claim disallowed by Order entered 7/24/17 (Dkt # 74). | $0.00 | $0.00 | 0.00 |
| 3 610 | Durable Engravers Inc<br>Durable Mecco<br>521 S County Line Road<br>Franklin Park, IL 60131 | Unsecured | Claim disallowed by Order entered 7/24/17 (Dkt # 74). | $0.00 | $0.00 | 0.00 |
| 4 610 | Revere Electric Supply Co/Joel H. Shapiro<br>Kamenear Kadison Shapiro & Craig<br>20 N. Clark Street, Suite 2200<br>Chicago, IL 60602 | Unsecured | | $137,957.90 | $0.00 | 137,957.90 |
| 6 610 | Candy Mfg. Co., Inc<br>5633 W. Howard St<br>Niles, IL 60714 | Unsecured | Claim disallowed by Order entered 7/24/17 (Dkt # 74). | $0.00 | $0.00 | 0.00 |
| 7 610 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $10,423.92 | $0.00 | 10,423.92 |
| 8 610 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $47,150.96 | $0.00 | 47,150.96 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 8, 2016

**Case Number:** 16-21973
**Debtor Name:** TISMA, PETAR

Page: 2

**Date:** February 2, 2019
**Time:** 11:49:02 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 9 / 610 | Southwestern Industries Inc. 2615 Homestead Pl. Rancho Dominguez, CA 90220 | Unsecured | Claim disallowed by Order entered 7/24/17 (Dkt # 74). | $0.00 | $0.00 | 0.00 |
| 10 / 610 | Small Business Term Loan, Inc Alex Nelsas 3301 North University Drive, Suite 300 Coral Springs, FL 33065 | Unsecured | Amended claim as unsecured filed on10/18/17 Clain No. 10-2 | $22,278.68 | $0.00 | 22,278.68 |
| 11U / 610 | IL Dept of Revenue Bankruptcy Section PO Box 19035 Springfield, IL 62794 | Unsecured | | $6,386.30 | $0.00 | 6,386.30 |
| 12 / 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | | $16,914.93 | $0.00 | 16,914.93 |
| 13 / 610 | Steven K Zabran 2553 Moutray Lane North Aurora, IL 60542 | Unsecured | Claim disallowed by Order entered 7/24/17 (Dkt # 74). | $0.00 | $0.00 | 0.00 |
| 14 / 610 | James Kilcourse 11402 Edinburgh Lane Huntley, IL 60142 | Unsecured | Claim disallowed by Order entered 7/24/17 (Dkt # 74). | $0.00 | $0.00 | 0.00 |
| 15 / 610 | Peter Bartos 528 Ridgewood Rd. Elk Grove Village, IL 60007 | Unsecured | Claim disallowed by Order entered 7/24/17 (Dkt # 74). | $0.00 | $0.00 | 0.00 |
| 16 / 610 | Steven K Zabran 2553 Moutray Lane North Aurora, IL 60542 | Unsecured | Claim disallowed by Order entered 7/24/17 (Dkt # 74). | $0.00 | $0.00 | 0.00 |
| 17 / 610 | Nortech Packaging LLC Shebar Law Firm 110 N. Gables Blvd Wheaton, IL 60187 | Unsecured | Claim withdrawn (Dkt # 69) | $0.00 | $0.00 | 0.00 |
| 18 / 610 | Custom Assembly Solutions, Inc. d/b/a Nortech, Inc. Shebar Law Firm,110 N. Gables Blvd Wheaton, IL 60187 | Unsecured | Claim withdrawn (Dkt # 69). | $0.00 | $0.00 | 0.00 |
| 19 / 610 | Novica Zivanovic 4633 N. Plainfield Ave. Harwood Heights, IL 60706 | Unsecured | Claim disallowed by Order entered 7/24/17 (Dkt # 74). | $0.00 | $0.00 | 0.00 |
| 20 / 610 | Miltcho G Toubev 5200 Carriageway Dr #226 Rolling Meadows, IL 60008 | Unsecured | Claim disallowed by Order entered 7/24/17 (Dkt # 74). | $0.00 | $0.00 | 0.00 |
| 21 / 610 | Slawomir Michalak 307 N. Linden St. Itasca, IL 60143 | Unsecured | Claim disallowed by Order entered 7/24/17 (Dkt # 74). | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 8, 2016

**Case Number:** 16-21973  
**Debtor Name:** TISMA, PETAR  

Page: 3

**Date:** February 2, 2019  
**Time:** 11:49:02 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 22 610 | Dejan Bjelan<br>8000 Balmoral Ave.<br>Norwood Park, IL 60656 | Unsecured | Claim disallowed by Order entered 7/24/17 (Dkt # 74). | $0.00 | $0.00 | 0.00 |
| 23 620 | Milan Kosanovic<br>171 Northlight Passe<br>Lake in the Hills, IL 60156 | Unsecured | Claim disallowed by Order entered 7/24/17 (Dkt # 74). | $0.00 | $0.00 | 0.00 |
| 24 620 | Ranko Kojanovic<br>4720 Winnebago Dr.<br>Wonder Lake, IL 60097 | Unsecured | Claim disallowed by Order entered 7/24/17 (Dkt # 74). | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 306,448.48 | 0.00 | 306,448.48 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 16-21973
Case Name: TISMA, PETAR
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 50,071.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 50,071.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 5,827.50 | 0.00 | 5,827.50 |
| Trustee, Expenses - Ira Bodenstein | 73.10 | 0.00 | 73.10 |
| Attorney for Trustee, Fees - Shaw Fishman Glantz & Towbin LLC | 6,303.00 | 0.00 | 6,303.00 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 60.66 | 0.00 | 60.66 |

Total to be paid for chapter 7 administration expenses: $ 12,264.26
Remaining balance: $ 37,807.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 37,807.70

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $53,071.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11P | IL Dept of Revenue Bankruptcy Section | 53,071.53 | 0.00 | 37,807.70 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 37,807.70 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 241,112.69 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Revere Electric Supply Co/Joel H. Shapiro | 137,957.90 | 0.00 | 0.00 |
| 7 | Cavalry SPV I, LLC | 10,423.92 | 0.00 | 0.00 |
| 8 | American Express Bank, FSB | 47,150.96 | 0.00 | 0.00 |
| 10 | Small Business Term Loan, Inc | 22,278.68 | 0.00 | 0.00 |
| 11U | IL Dept of Revenue Bankruptcy Section | 6,386.30 | 0.00 | 0.00 |
| 12 | PYOD, LLC its successors and assigns as assignee | 16,914.93 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**