**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| PETAR TISMA, | ) | Case No. 16-21973 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: March 26, 2019 |
| | ) | Hearing Time: 10:30 a.m. |

**AMENDED CERTIFICATE OF SERVICE**

Ira Bodenstein certifies that he caused to be served a true and correct copy of the **Notice of Final Application for Compensation and Trustee's Final Report** on the Manual Notice List via Regular U.S. Mail on March 1, 2019.

/s/ Ira Bodenstein

**Electronic Mail Notice List**

- William J. Barrett    william.barrett@bfkn.com, mark.mackowiak@bfkn.com;gregory.demo@bfkn.com;ecf-6ec602372536@ecf.pacerpro.com;william-barrett-bfkn-3622@ecf.pacerpro.com
- Ira Bodenstein    iratrustee@foxrothschild.com, IL29@ecfcbis.com;plove@foxrothschild.com;chdocket@foxrothschild.com
- Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;plove@foxrothschild.com;chdocket@foxrothschild.com
- Scott R Clar    sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
- Denise A Delaurent    USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
- Richard M. Fogel    rfogel@foxrothschild.com
- Nathan A Hall    nate@chs.law, claudia@chs.law
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Christina Sanfelippo    csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com

90840043.v1

**VIA U.S. REGULAR MAIL**

Petar Tisma
2729 Maynard Ct.
Glenview, IL 60025

PYOD, LLC its successors and assigns
as assignee of Citibank, N.A.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC  29602

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 19035
Springfield, IL  62794

Revere Electric Supply Co.
Joel H. Shapiro
Kamenear Kadison Shapiro & Craig
20 N. Clark Street
Suite 2200
Chicago, IL  60602

American Express Bank, FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

Small Business Term Loan, Inc.
Alex Nelsas
3301 North University Drive, Suite 300
Coral Springs, FL  33065

Cavalry SPV I, LLC
500 Summit Lake Drive
Suite 400
Valhalla, NY  10595

90840043.v1